UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| LEVAUGHN SAMUEL, individually and on behalf of all others similarly situated,<br><br>　　　　　　　　　　Plaintiff,<br><br>-against-<br><br>WALGREEN CO.,<br><br>　　　　　　　　　　Defendant. | Case No. 1:20-cv-04441-RRM-VMS<br><br>**STIPULATION OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE** |

IT IS HEREBY STIPULATED AND AGREED, by and between Plaintiff Levaughn Samuel ("Plaintiff") and Walgreen Co. ("Defendant"), by and through their undersigned counsel, pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, that this action be and hereby is voluntarily dismissed in its entirety without prejudice, and without costs or attorneys' fees.

Dated: February 8, 2021

| FITAPELLI & SCHAFFER, LLP | MORGAN, LEWIS & BOCKIUS LLP |
|---|---|
| By: /s/ Brian Schaffer | By: /s/ Christopher A. Parlo |
| Brian S. Schaffer | Christopher A. Parlo |
| Hunter G Benharris | Ashley J. Hale |
| 28 Liberty Street, 30th Floor | Jason D. Burns |
| New York, NY 10005 | 101 Park Avenue |
| Telephone: (212) 300-0375 | New York, New York 10178 |
| bschaffer@fslawfirm.com | Tel: (212) 309-6000 |
| hbenharris@fslawfirm.com | christopher.parlo@morganlewis.com |
| | ashley.hale@morganlewis.com |
| | jason.burns@morganlewis.com |
| *Attorneys for Plaintiff* | *Attorneys for Defendant* |